UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY THORNTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-249** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "D" (1)** |

### ORDER

The Court, having considered the Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the Plaintiff's Objections,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Plaintiff's objections are untimely[4] and only state that the Plaintiff objects to the Magistrate Judge's Report and Recommendation, without providing any legal or factual basis for the objection, or any additional information to be considered. Plaintiff's objection is overruled. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 7.
[3] R. Doc. 8.
[4] Plaintiff had fourteen days in which to file objections to the Magistrate Judge's Report and Recommendation. *See* R. Doc. 7 at 1; *see also* 28 U.S.C. § 636(b)(1). The Magistrate Judge's Report and Recommendation was issued on April 30, 2020; Plaintiff filed his objections on August 3, 2020, over two months late.

**IT IS HEREBY ORDERED** that the Complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, September 24, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**